UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                    )<br>      Plaintiff          )<br>                                    )<br>                                    )<br>vs.                              )<br>                                    )<br>James Claude McClung )<br>                                    )<br>      Defendant(s)     )<br>_____ ) | CRIMINAL NO. 09CR1254-LAC<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Patricia Jimenez-Hernandez

DATED: 4-22-08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062