UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff           )<br>                                          )<br> vs.                                   )<br>  James Claude         )<br>       McClung               )<br>           Defendant(s)     )<br>                                          ) | CRIMINAL NO. 08 CR 1254-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, __Ruben B. Brooks__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Daniel Sanchez-Rangel

DATED: 4-22-08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
       by _____
                    Deputy Clerk